**Filed**

DEC 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

EJD
IFP
NP

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name **Rice**      **Royland**
     (Last)        (First)        (Initial)

Prisoner Number **UEQ-820**

Institutional Address **550 6th Street, Oakland, CA 94607**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Royland Rice**
(Enter the full name of plaintiff in this action.)

**CV 11-06295**

**Sylvia M. Mouws, Ryan Wagner**
**The City of El Cerrito, CA**
**Contra Costa County,**
**Officer Terry F. Schillinger,**
**El Cerrito Police Dept.**
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **Glynn Dwyer Detention Facility**

B.   Is there a grievance procedure in this institution?
     YES ( )   NO (✓)

C.   Did you present the facts in your complaint for review through the grievance procedure? **This case did not originate here**
     YES ( )   NO (✓)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. **See above**

COMPLAINT                              - 1 -

1. Informal appeal _____ N/A _____

2. First formal level _____ N/A _____

3. Second formal level _____ N/A _____

4. Third formal level _____ N/A _____

E. Is the last level to which you appealed the highest level of appeal available to you?   N/A
   YES ( )   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. This case on cause did not originate from my incarceration, at this facility

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
Rosiland Rice, 550 Sixth Street Oakland California, 94607

B. Write the full name of each defendant, his or her official position, and his or her place of employment. The City of El Cerrito California, 10890 San Pablo Ave. El Cerrito CA. 94530, Sylvia M. Moir, Chief of Police

COMPLAINT                                    -2-

1  Contra Costa County, 2530 Arnold Drive,
2  Suite 140, Martinez California. Ryan Wagman, D.A.
3  Officer Terry F. Schillinger, El Cerrito Police
4  Dept. 10900 San Pablo Ave, El Cerrito CA, 94530-
   2391
5  III.    Statement of Claim.
6       State here as briefly as possible the facts of your case.  Be sure to describe how each
7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or
8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph. Subsequent to an arrest by officer
10 T. Schillinger, of the El Cerrito Police department,
11 Plaintiff asserts that he was deprived of his
12 property, without due process of law based
13 on impoundment of vehicle after arrest, where
14 plaintiff was not notified of the impoundment.
15 Where plaintiff's auto was towed and impound-
16 ed in violation of the 14th Amendment. Where
17 plaintiff was prosecuted by the state in Contra
18 Costa County, Martinez Superior Court, where
19 plaintiff was informed by the court that
20 his property was being held for evidence, and
21 would be returned at the conclusion of trial.
22 Plaintiff's property was never evidence, and was sold.
23 IV.    Relief.
24      Your complaint cannot go forward unless you request specific relief.  State briefly exactly
25 what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
26 Plaintiff seeks to be reimbursed for the
27 loss of his Van and the contents of his
28 Auto, as well Plaintiff seeks punitive

COMPLAINT                           - 3 -

# III Statement of Claim - Addendum

1. On February 18, 2011, Plaintiff was arrested by the El Cerrito Police Department, Officer Terry F. Schillinger, being the lead arresting officer in the cause, Approximately at 7:45 pm.

2. On February 19th, 2011, at 1:06 AM, Officer Terry F. Schillinger, subsequent to the criminal arrest and six and one half (6½) hours after the arrest, did locate Plaintiff's auto using data from the DMV's, Computer data.

3. Officer Schillinger, did without warrant or cause, break and enter Plaintiff's auto. Did without cause have Plaintiff's auto towed and impounded.

4. Subsequent to the above actions, Officer Schillinger, did fail to inventory the contents, did fail to notify (me) the rightful owner of said impoundment, and pending lien sale, all in violation of the department's Policy on towing.

(1)

5. On March 25, 2011, Plaintiff while in an interview with Diana Garrido, of the Richmond Public Defender's office, was informed by D. Garrido, that his Van and property were being held in evidence, whereby Plaintiff was given numerous photos of his Van and property (some tools).

6. On April 25, 2011, in the Superior Court, Contra Costa County, Martinez, CA, at the "Suppression hearing" and "Motion for Return of Property", Plaintiff was informed by the Superior Court judge that his property would be returned "at the conclusion of his criminal proceedings". However, on April 28, 2011, Plaintiff learned that his Van (auto) and property had been disposed of in March of 2011.

7. Defendant Terry F. Schillinger, was at all times pertinent to the allegations of this complaint an officer employed by the City of El Cerrito Police department, he is sued individually and in his official capacity.

(2)

8. Defendant Sylvia M. Moir, chief of police, is and at all times mentioned was the chief of the Police of the El Cerrito Police Dept. As such she was commanding officer of defendant Terry F. Schillinger, and was responsible for the training, suspension, hiring, and conduct of defendant Terry F. Schillinger, as more fully set forth below. — She is responsible by law for enforcing the the regulations of the El Cerrito Police Department and for ensuring that officers obey the laws of the state of California, and the United States. She is sued individually and in her official capacity.

9. The defendants, City of El Cerrito, El Cerrito Police Department, are a municipal corporation with the state of California, and at all times relevant hereto, employed the defendant(s) Officer Terry F. Schillinger, and chief of Police Sylvia M. Moir.

10. Defendant Ryan Wagner, Assistant states attorney, was at all times pertinent to

(3)

the allegations of this complaint an assistant States Attorney employed by the States Attorney of Contra Costa County. He is sued individually and in his official capacity.

11. At all times relevant to the allegations of this complaint and in all actions of the defendant's alleged, defendant's were acting under color of law and pursuant to their authority as police officers of the city of El Cerrito, or in the case of defendant Ryan Wagner, pursuant to his authority as Assistant States Attorney of Contra Costa County.

Wherefore, Plaintiff prays for judgment against defendants, and each of them, as follows:

1. Compensatory damages to Plaintiff in the amount of $50,000.00 dollars.

2. General Damages in the amount of $25,-000.00, dollars

(4)

3. Punitive damages against defendants Terry F. Schillinger, Sylvia M. Moir, and Ryan Wagner, in the amount of $25,000.00 dollars.

4. Awarding Plaintiff the reasonable cost and expenses of this action.

5. Such other and further relief as may be just.

*Royland Rice*

December 4, 2011

(5)

damages. Where the loss of certain items can never be replaced, where exculpatory evidence was destroyed, and Petitioner's credit has been impacted as a result.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of December, 2011

_____
(Plaintiff's signature)