**Filed**

DEC 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



FILED
NOV 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

EJD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11-06295

| | |
|---|---|
| ROYLAND RICE, | No. C 11-02886 EJD (PR) |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |
| vs. | |
| TERRY F. SCHILLINGER, et al., | |
| Defendants. | |
| _____/ | (Docket No. 9) |

Plaintiff's motion to proceed in forma pauperis (Docket No. 9) is GRANTED. The total filing fee that ultimately will be due is $350.00. The initial partial filing fee due at this time is **$ 3.82**, and shall be paid within **thirty (30) days** from the date this order is filed. Funds for the filing fee will be taken from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this Order and the attached instructions will be sent to Plaintiff, the prison's trust account office, and the Court's financial office. Docket No. 2 is DENIED as moot.

This order terminates Docket No. 9.

DATED: 11/8/11

EDWARD J. DAVILA
United States District Judge