1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYLAND RICE, | ) | No.  C 11-06295 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| RYAN WAGNER, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

16      Plaintiff filed the instant pro se civil rights action complaint under 42 U.S.C. §

17  1983.  Plaintiff's last communication with the Court was on December 6, 2011, when he

18  filed the instant action.  On April 8, 2013, the Court directed Plaintiff to file a notice of

19  intent to prosecute and to provide a current address.  (Docket No. 4.)  Plaintiff was also

20  directed to either pay the filing fee or file an in forma pauperis application.  (Id.)  Plaintiff

21  was informed that failure to respond to the court order within thirty days would result in

22  the dismissal of this action without prejudice and without further notice to Plaintiff.  The

23  deadline has since passed, and Plaintiff has failed to comply.  Accordingly, Plaintiff's

24  case is DISMISSED without prejudice.

25      The Clerk shall terminate any pending motions.

26

27  DATED: _____5/13/2013_____        _____

28                                                EDWARD J. DAVILA
                                                 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ROYLAND RICE,

             Plaintiff,

  v.

RYAN WAGNER, et al.,

             Defendants.
_____/

Case Number: CV11-06295 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/14/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Royland Rice UEQ - 820
The Glenn E. Dyer Detention Facility
550 - 6th Street
Oakland, CA 94607


Dated: _____5/14/2013_____

                              Richard W. Wieking, Clerk
                    /s/ By: Elizabeth Garcia, Deputy Clerk