IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYAN WAGNER, et al.,<br><br>　　　　Defendants.<br>_____ | No.  C 11-06295 EJD (PR)<br><br>ORDER DIRECTING PLAINTIFF TO FILE DOCUMENTS TO COMPLETE *IN FORMA PAUPERIS* APPLICATION |

　　　　Plaintiff filed the instant pro se civil rights action complaint under 42 U.S.C. § 1983.  Plaintiff's last communication with the Court was on December 6, 2011, when he filed the instant action.  On April 8, 2013, the Court directed Plaintiff to file a notice of intent to prosecute and to provide a current address.  (Docket No. 4.)  Plaintiff was also directed to either pay the filing fee or file an In Forma Pauperis ("IFP") Application.  (Id.)  Plaintiff was informed that failure to respond to the court order within thirty days would result in the dismissal of this action without prejudice and without further notice to Plaintiff.

　　　　On May 9, 2013, Plaintiff filed an IFP application which is insufficient because he failed to attach the following: 1) a Certificate of Funds in Prisoner's Account completed by an authorized prison official; and 2) a copy of his prisoner trust account statement

Order Directing P to file Complete IFP App.
G:\PRO-SE\SJ.EJD\CR.11\06295Rice_re ifp.wpd

1

1 showing transactions for the last six months. (Docket No. 5.) The Court dismissed this
2 action on May 14, 2013. (See Docket No. 7.)
3       The Court has received Plaintiff's letter dated May 4, 2013, which the Court
4 construes as a notice of intent to prosecute. (Docket No. 6.) However, if Plaintiff wants
5 this action reopened, he must file the missing documents to complete his IFP application
6 **no later than twenty-eight (28) days** from the date this order is filed. In the alternative,
7 Plaintiff may file the complete filing fee in the same time provided.

DATED: 5/24/2013

*[signature]*
EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROYLAND RICE,

        Plaintiff,

  v.

RYAN WAGNER, et al.,

        Defendants.

Case Number: CV11-06295 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/24/2013 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Royland Rice UEQ - 820
The Glenn E. Dyer Detention Facility
550 - 6th Street
Oakland, CA 94607

Dated:  5/24/213

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk