IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYLAND RICE, | ) | No. C 11-06295 EJD (PR) |
| Plaintiff, | ) ) | ORDER VACATING JUDGMENT AND REOPENING CASE |
| v. | ) ) | |
| RYAN WAGNER, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff, a state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On May 14, 2013, the Court dismissed the instant action for failure to pay the filing fee or file an in forma pauperis ("IFP") application. (See Docket No. 7.) Although Plaintiff filed an IFP application prior to the closing of this case, the application was insufficient because he failed to attach the following: 1) a Certificate of Funds in Prisoner's Account completed by an authorized prison official; and 2) a copy of his prisoner trust account statement showing transactions for the last six months. (See Docket No. 5.)

Plaintiff filed a letter dated May 4, 2013, which the Court construed as a notice of intent to prosecute. (Docket No. 6.) In the interest of justice, Plaintiff was provided an opportunity to file the missing documents to complete his IFP application no later than

twenty-eight days from the date of the court order. (Docket No. 9.) Plaintiff has now filed the missing documents. (<u>See</u> Docket No. 10.) Accordingly, the Judgment entered on May 14, 2013, (Docket No. 8) is VACATED. The Court will address Plaintiff's IFP application and conduct an initial screening of the complaint in separate orders.

The Clerk shall reopen the file.

DATED: 6/24/2013

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROYLAND RICE,

        Plaintiff,

  v.

RYAN WAGNER, et al.,

        Defendants.

Case Number: CV11-06295 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/25/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Royland Rice UEQ - 820
The Glenn E. Dyer Detention Facility
550 - 6th Street
Oakland, CA 94607

Dated: 6/25/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk