IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYLAND RICE, | ) | No. C 11-06295 EJD (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTIONS FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | CONSOLIDATED OPPOSITION |
| | ) | |
| RYAN WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | (Docket Nos. 46 & 48) |

Plaintiff filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On August 27, 2013, Defendants filed a motion for summary judgment. (Docket No. 28.) On November 6, 2013, this Court granted Plaintiff an extension of time until November 19, 2013, to file an opposition. (Docket No. 45.) On October 28, 2013, Defendants filed a second motion for summary judgment. (Docket No. 39.) Plaintiff filed two motions requesting additional time to file oppositions to Defendants' motions. (Docket Nos. 46 & 48.) Defendants filed statements of non-opposition to both of Plaintiff's motions. (Docket Nos. 47 & 49.) Defendants requests that a reply be due no earlier than January 24, 2014, due to counsel's unavailability from January 4, 2014 to January 12, 2014. (Docket No. 49.) This Court construes Plaintiff's motions as a request for additional time to file a consolidated opposition.

Order Granting Motion for EOT
G:\PRO-SE\EJD\CR.11\06295Rice_grant-eot-consol_opp.wpd

1 | Plaintiff's request is **GRANTED**. Plaintiff shall file a consolidated opposition **no
2 later than December 26, 2013**, thirty days beyond the previous due date of Plaintiff's
3 opposition. Defendants' reply shall be filed **no later than January 24, 2014**.
4 | This order terminates Docket Nos. 46 and 48.

6 | DATED: 12/6/2013

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROYLAND RICE

        Plaintiff,

v.

RYAN WAGNER et al,

        Defendant.

Case Number: CV11-06295 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Royland Rice
UEQ - 820 #7525
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3900
ADELANTO, CA 92301

Dated: December 9, 2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk