**FILED**

MAR 3 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY'LAND RICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RYAN WAGNER, et al.,<br><br>　　　　Defendants. | No. C 11-06295 EJD (PR)<br><br>JUDGMENT |

　　　The Court has dismissed all claims against Defendants, and granted their motion for summary judgment. Judgement is entered in favor of Defendants.

　　　The Clerk shall close the file.

DATED: **MARCH 31, 2014**

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\EJD\CR.11\06295Rice_judgment2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROY'LAND RICE,

        Plaintiff,

v.

RYAN WAGNER, et al.,

        Defendants.

        /

Case Number: CV11-06295 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/01/14, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Royland Rice UEQ - 820 #7525
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3900
ADELANTO, CA 92301

Dated: 4/01/14

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk